IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-540-MOC-DSC

| | |
|---|---|
| JOSEPH EFIRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

**THIS MATTER** is before the Court on Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* of Michael D. Grabhorn. It appearing that Michael D. Grabhorn is a member in good standing with the Kentucky Bar and will be appearing with Norris A. Adams, II, a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* (#4) of Michael D. Grabhorn is **GRANTED**, and that Michael D. Grabhorn is **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Norris A. Adams, II.

**SO ORDERED**.

Signed: July 12, 2016

David S. Cayer
United States Magistrate Judge